22,447-01

MICHAEL JOSEPH CADDIE #408109 (B/M·TDCJ·CID
JESTER·4·UNIT/D3·43/SID#03584950 - - -
#4 JESTER ROAD
RICHMOND, TX. 77406-8544

(MON. 22ND JUN. 2015)

TX. COURT OF CRIMINAL APPEALS
     (CAPITOL STATION)
P. O. BOX    12,308
ATTN: LOUISE PEARSON, CLERK
AUSTIN, TX.         78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 24 2015

Abel Acosta, Clerk

CLERK,

    "ON (TUES. 21ST APRIL 2015)," "AND, ON, MANY OF
HER [OCCASSION(S)]·(1985-2015)" !!!." I, (ADDRESSED),
MY) CRIMINAL·LEGAL·CASE] OF: [AGG. SEXUAL AS
SAULT] TO YOUR [OFFICE]! EXITAILING, MY, [INNO
-CENCE]"!!!


    "AND, ALSO," (REQUESTING)," A: (FULL·PARDON)&
(EXONERATION)"?? - - - - - "AUTHORIZED
BY, THE; (STATE·OF·TEXAS)·(GOV. GREGG ABBOTT)@
(AUSTIN, TX)? AND, THE; (U.S. PRESIDENT.
BARACK OBAMA)@"(WASHINGTON, DC)??

THANK(S) A-LOT(S)/ [MS.PEARSON]! [Your honor]! [MADAM]!!!

PLEASE NOTE: [I AM] (REQUESTING) A: "(---FULL PARDON) & (EXONERATION)? ------" DUE TO (RACIAL DISCRIMINATION) THAT WAS (EXERCISED) THRU-OUT MY (JURY TRIAL) (Oct 15-21, 1985)!!! P.S.) I, NOW, (AWAIT) YOUR "URGENT" [REPLY]

Respectfully,

STATE of TEXAS
VS.
MICHAEL JOSEPH CADDIE #408109 (BM-TDCJ-CID)
SID #03584950

(CAUSE NO.#: 419,171 A)
@

[HOUSTON, (HARRIS CO.) TEXAS]
WR-22,147-01
CASE NO#: 01-03-00057-CV
CASE NO#: 01-86-00010-CR
CASE NO#: 01-03-00570-CR